UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

O

Case No.   EDCV 05-00359-SGL                                       Date: September 25, 2008

Title:   KAREN CRAFT, RANETTE SANCHEZ and ROSEMARY RYAN, individually, and as class representatives -v- COUNTY OF SAN BERNARDINO, SAN BERNARDINO SHERIFF'S DEPARTMENT, SHERIFF GARY PENROD, and DOES 1 through 100

=================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                  None Present
    Courtroom Deputy Clerk              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None present                               None present

PROCEEDINGS:   NOTICE GRANTING REQUEST TO SET A HEARING ON REQUEST FOR COURT ORDER  (IN CHAMBERS)

     The Court is in receipt of a letter request by Ronnie O. Brown (K-89434), a California Inmate, housed in a Penal Institution in Delano, California. The deputy clerk is directed to file the written request and make it a part of the docket in this matter. A copy will also be attached to these Minutes for review by the parties.

     Counsel are hereby notified that a hearing on this matter is scheduled on the Court's calendar on October 27, 2008, at 11:00 a.m., in Courtroom One of this court. Should the parties resolve this matter with the prospective participant as mentioned above prior to the date of the hearing, they may submit a stipulation and proposed order indicating same and the hearing will be removed from the calendar.

    IT IS SO ORDERED.

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word** or **WordPerfect format. WordPerfect format is preferred.** The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing.** All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

### DO NOT OMIT ANY OF THE ABOVE STEPS.

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

```
 1  Ronnie O. Brown
 2  K-89434
    2737 W. Cecil ave
 3  P.O. Box 567
    Delano, CA 93215
 4  In Proper
 5
 6
 7
 8           UNITED STATES DISTRICT COURT
 9           CENTRAL DISTRICT OF CALIFORNIA
10                                          CASE NO. EDCV-05-0359 SGL
    Karen CRAFT,                            Honorable Stephen G Larson
11              Plaintiff,                  REQUEST FOR COURT ORDER
12  Ronnie O. Brown,                        TO COMPEL Defendants TO
                 Class Member,              COMPLY WITH STIPULATED
13                                          SUPPLIMENTAL ORDER GRANTING
14       v.                                 APPROVAL TO PROVIDE NOTICE
                                            AND PAYMENT TO NEWLY IDENTIFIED
15                                          CLASS MEMBERS
16  COUNTY of SAN BERNARDINO, et al
17              Defendants
18
19  TO The Clerk of The Court AND ALL PARTIES OF Record and Their Attorneys
20  please Take notice That Ronnie O. Brown ("Class Member") having recieved
21  a Copy of The Court's order dated 8-14-08 did motion said defendants
22  Craft v. San Bernardino Count y Settlement administrators over three weeks
23  ago whom has failed To Respond To Class Members Demands for
24  payment. Ronnie Brown was A Timely filed Class Member prior
25  To initial Recieved deadline filing date July 08. wherefore The
26  Class Member Respectfully Request order directing Settlement
27  administrators To Forthwith deliver said payment as ordered by
28  This Court 8-14-08. See (EX. A)
                                                    REspectfully submitted
    Dated
                                                    [signature]
                        1
```

Ex A

*Return address
Ronnie Brown K-89434
NORTH KERN STATE PRISON (567)
P.O. BOX 567
2737 WEST CECIL AVENUE
DELANO, CA 93216-0567

United States District Court
Central District of California

Karen Craft,
  Plaintiff,
v.
County of San Bernardino,
  Defendant.

Case No. EDCV-05-0359SGL
NOTICE OF Change of
address Request For
Court ordered Forthwith
Payment pursuant to
Stipulated order of
parties to Action

To: all parties of Record and settlement administrator

Please Take Notice That I have recieved a copy of the Stipulated Supplemental order and would like to Notify the parties of Record and court of my above noted return address for further Correspondence And payment of $768.00 AS Forthwith stipulated to on 8-14-08 As Ordered

Dated 8-16-08

Respectfully submitted,

Ronnie Brown
Class Member

PROOF OF SERVICE BY MAIL

{ C.C.P. 1013, 2015 ;28 U.S.C. 1746 }

STATE OF CALIFORNIA )
) SS :
County of ~~San Bernardino~~ Kern )

I, (A) _____, am a resident of the ~~California~~ North Kern State Prison ~~Institution for Men Chino, California~~ County of ~~San Bernardino~~ Kern, California, I am at least 18 years of age. My mailing address is P. O. Box 567, ~~Chino~~ Delano California 93215.

On (B) 8-16-08, 20 08, I served a true and correct copy of the following document (s) ;
(C) Demand for Payment / notice change of address

on each party listed below by placing it in an envelope, with adequate postage or provided, and by despositing said envelope in a box for the United States Mail at ~~Chino~~, P.O. Box 567, ~~Chino,~~ California 93215. Delano. Each party to the action has been duly served.

This copy is being mailed to (D): Unit v San Bernadio county Selcer Administr
P.O. Box 6142
Novato, CA 99948-6142

I have mailed additional cpoies to (E) :

There is regular delivery service by the United States Mail between the above place of mailing and the parties' listed.

I declare, under penalty of perjury, that the foregoing is true and correct.

Dated : Aug 16, 20 08, at Chino, California.

Signed : _____ CDC I.D.# K-89434

C.I.M. MAILROOM ACKNOWLEDGMENT OF MAILING
DATED : _____
SIGNED : _____

Robert Mann
Donald W. Cook
Attorneys at Law
3435 Wilshire Blvd, Suite 2900
Los Angeles, Ca 90010

September 1, 2008

Re: Kraft V San Bernardino County Stipulated Order to provide notice and payment
Case No. EDCV-05-0359 SGL

Dear Mr. Robert Mann

Please take notice that I am a class member to the above named case, and that I am in reciept of the "stipulated supplemental order granting approval to provide notice and payment" etc. and that I have sent several request to notice the settlement administrator of my current address, and have recieved no response. I respectfully request your assistance to notify the defendants representatives of my address as follows. R. Brown K-89434 2737 W. Cecil ave P.O. Box 567 Delano, Ca 93215 as herein to have my payment for my claim sent directly to me. Your cooperation and attentive requards would be appreciated to insure my position as a plaintiff is forthwith honored. please advise

New address
Mr. Ronnie O. Brown
K-89434
2737 W. Cecil ave
Delano, Ca 93215

Old address
Ronnie Brown
11211 La Habra ave #40
Adelanto, Ca 92305

Thank you

[signature]
Plaintiff

# NOTICE PARTY SERVICE LIST

Case No. EDCV 05-00359 SGL    Case Title KAREN CRAFT v. COUNTY OF SAN BERNADINO

Title of Document  Minute Order of September 25, 2008

| | |
|---|---|
| | Atty Sttlmnt Officer Panel Coordinator |
| | BAP (Bankruptcy Appellate Panel) |
| | Beck, Michael J (Clerk, MDL Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Catterson, Cathy (9th Circuit Court of Appeal) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| ✓ | ADD NEW NOTICE PARTY (if sending by fax, mailing address must also be provided) |
|---|---|
| Name: | Ronnie O. Brown, K89434 |
| Firm: | Pro per |
| Address (include suite or floor): | 2737 West Cecil Ave |
| | P.O. Box 567, Delano, CA 93215 |
| | |
| *E-mail: | |
| *Fax No.: | |

* For CIVIL cases only

| JUDGE / MAGISTRATE JUDGE (list below): |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk jh

G-75 (03/07)    NOTICE PARTY SERVICE LIST