UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
<u>CIVIL MINUTES -- GENERAL</u>

O

Case No.   EDCV 05-00359-SGL                                          Date: October 10, 2008

Title:   KAREN CRAFT, RANETTE SANCHEZ and ROSEMARY RYAN, individually, and as class representatives -v- COUNTY OF SAN BERNARDINO, SAN BERNARDINO SHERIFF'S DEPARTMENT, SHERIFF GARY PENROD, and DOES 1 through 100

========================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

　　　　　Jim Holmes                                   None Present
　　　　　Courtroom Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                  None present

PROCEEDINGS:   NOTICE GRANTING REQUEST TO SET A HEARING ON REQUEST FOR COURT ORDER  (IN CHAMBERS)

　　　　The Court is in receipt of a letter dated October 6, 2008, from Setu A. Foumai. The deputy clerk is directed to file the written request and make it a part of the docket in this matter. A copy will also be attached to these Minutes for review by the parties.

　　　　Counsel are hereby notified that a status hearing on this matter is scheduled on the Court's calendar on October 27, 2008, at 11:00 a.m., in Courtroom One of this court. Should the parties resolve this matter with the prospective participant as mentioned above prior to the date of the hearing, they may submit a stipulation and proposed order indicating same and the hearing will be removed from the calendar.

　　　　IT IS SO ORDERED.

SETU A. FOUMAI
c/o 1631 Liholiho Street #203
Honolulu, Hawaii 96822

FILED
CLERK, U.S. DISTRICT COURT

OCT -7 2008

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

October 6, 2008

Office of the Court Clerk
c/o UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
312 North Spring Street
Los Angeles, California 90012

Re:   CRAFT versus SAN BERNADINO COUNTY

Dear Sir:

   Please find enclosed for filing in civil case number 5:05-CV-00359-SGL-OP, my correspondence to Barrett S. Litt, SBN 45527 and Robert Mann, SBN 48293, which I would like to file in the above mentioned case.

   Thank you, in advance, for your time and consideration in this matter.

                              Sincerely,

                              /by/ _____
                              Setu A. Foumai, Authorized Agent, All Rights Reserved

Attachments

cc:   File
      Barrett S. Litt, SBN 45527
      Robert Mann, SBN 48293

SETU A. FOUMAI
c/o 1631 Liholiho Street #203
Honolulu, Hawaii 96822

October 6, 2008

Office of the Court Clerk
c/o UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
312 North Spring Street
Los Angeles, California 90012

Re: CRAFT versus SAN BERNADINO COUNTY

Dear Sir:

My name is Setu A. Foumai, for which I have been trying to reach someone concerning the settlement and processes. All correspondence has been met with silence, for which I have enclosed a copy of my letter and have made phone calls, to no avail.

As I do not have access to a computer, I was not able to access the website, until a friend informed me that an order had been issued by the court and which you and your colleague's have not informed the class, as some inmates are still incarcerated and without means to obtain such information, for which I was provided a copy of the order by my friend.

I do not understand some issues and may have objection to others, for which I would like to discuss this prior to filing any claims on appeal, which your failure to notify the parties may excuse the time bar. I will afford you ten (10) days to respond, if more time is needed, please do not hesitate to request said, in writing.

Under the contract I signed, I only agreed to abide and be limited to the formula for damages approved by the court.

**THIS DOCUMENT IS NOT INTENDED TO HARASS, INTIMIDATE, OFFEND, CONSPIRE, BLACKMAIL, COERCE, CAUSE ANXIETY, ALARM, CONTEMPT OR DISTRESS, OR IMPEDE ANY PUBLIC DUTIES. IT IS PRESENTED WITH**

HONORABLE AND PEACEFUL INTENTIONS. ANY AFFIRMATION CONTRARY TO THIS VERIFIED STATEMENT OF FACTS WILL COMPROMISE YOUR STIPULATION TO COMMITTING A FRAUD UPON THE COURT.

Your response will be deeply awaited. Thank you, in advance, for your time and consideration.

Sincerely,

/by/ _____
Setu A. Foumai, Authorized Agent, All Rights Reserved

Attachments

cc: File
   Barrett S. Litt, SBN 45527
   Robert Mann, SBN 48293

Setu A. Foumai
c/o 1631 Liholiho Street, #203
Honolulu, Hawaii 96822

July 23, 2008

San Bernardino County Settlement Administrator
Post Office Box 6142
Novato, California 94948-6142

Re: CRAFT versus SAN BERNARDINO COUNTY

To whom it may concern:

I am writing to check on the status and amount currently being assessed for payment in the above-mentioned action.

My claim was mailed on November 20, 2007. I am of the understanding that it will take about another year before anyone is paid, but I seek information on the status of the action and what currently has been determined is the amount to be paid out to individuals.

Your assistance in this matter would be deeply appreciated. Thank you for your time and consideration in this matter.

Sincerely,

/by/ *[signature]*

Setu A. Foumai, All Rights Reserved

cc: File

*Craft v. San Bernardino County* Settlement Administrator
P.O. Box 6142
Novato, CA 94948-6142
1-888-271-6718

## CLASS ACTION CLAIM FORM

If you receive more than one Claim Form, sign and file <u>all</u> Claim Forms you receive.

Claim #: SBO-1045024-0-01 1278

Setu A Foumai
1631 Liholiho St Apt 203
Honolulu, HI 96822-2952          202   19321

Name/Address Changes (if any). Please enter below:

First Name: Setu A.     Last Name: Foumai

Address: 1631 Liholiho St. #203

City: Honolulu, State: HI, Zip: 96822

Please provide the following personal identification information:

Email address: aitalafu@hawaii.rr.com

Area Code (808) Daytime Telephone Number: 533-3215 or (808) 265-4276
Area Code (808) Evening Telephone Number: 533-3215

Social Security Number: 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

Date of Birth: 08 / 11 / 1956

Alias(es): _____

I understand my entitlement will be determined exclusively by records of the County of San Bernardino.

I wish to make a claim against the County of San Bernardino because, after May 3, 2003, I was in a County of San Bernardino jail facility, and: 1) I was transferred from a local to a main San Bernardino jail before my arraignment and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 2) I was a federal prisoner held in San Bernardino jail and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 3) I was transferred from another jail to a San Bernardino County Jail to be arraigned on charges there and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 4) I appeared in court and the judge ordered me released, and there was no other reason for the County of San Bernardino to detain me, but I was strip searched before my release; and/or 5) while in custody at a San Bernardino jail I was strip searched in a group by San Bernardino County authorities.

You must mail this Claim Form with a postmark, or it must be received
**NO LATER THAN January 14, 2008,**
in order to receive money from the class fund.

If your Claim Form is not mailed with a postmark, or received by, no later than January 14, 2008, you will not be considered a member of the class even if you wish to be. DO NOT DELAY.

Please provide the following personal identification information:

City _____, State ____ Zip ____

Email address: aitalafu@hawaii.rr.com

(808) 533-3215 or (808) 265-4276    (808) 533-3215
Area Code  Daytime Telephone Number    Area Code  Evening Telephone Number

Social Security Number: 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    Date of Birth: 08/11/1956
                                                      mm   dd   yyyy

Alias(es): _____

_____

I understand my entitlement will be determined exclusively by records of the County of San Bernardino.

I wish to make a claim against the County of San Bernardino because, after May 3, 2003, I was in a County of San Bernardino jail facility, and: 1) I was transferred from a local to a main San Bernardino jail before my arraignment and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 2) I was a federal prisoner held in San Bernardino jail and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 3) I was transferred from another jail to a San Bernardino County Jail to be arraigned on charges there and was strip searched at that time and without reasonable suspicion that I was in the possession of weapons, drugs, or contraband; 4) I appeared in court and the judge ordered me released, and there was no other reason for the County of San Bernardino to detain me, but I was strip searched before my release; and/or 5) while in custody at a San Bernardino jail I was strip searched in a group by San Bernardino County authorities.

You must mail this Claim Form with a postmark, or it must be received
**NO LATER THAN January 14, 2008**,
in order to receive money from the class fund.

If your Claim Form is not mailed with a postmark, or received by, no later than January 14, 2008, you will not be considered a member of the class even if you wish to be. **DO NOT DELAY**.

The information given in this Claim Form is private, and will be held in strictest confidence, except as needed by the Parties and Settlement Administrator. If you have any questions about this lawsuit, write to us at *Craft v. County of San Bernardino* Settlement Administrator, P.O. Box 6142, Novato, CA 94948-6142 or contact us by e-mail at INFO@sanbernardinojailclassaction.com, or visit our web site at www.SanBernardinoJailClassAction.com.

YES, I QUALIFY AND WISH TO MAKE A CLAIM.

By signing this form below, I am confirming that the above information is correct and that:

1. I am the person identified above and I am over the age of 18, or, if I am a juvenile, my parent or guardian has signed below.
2. I have not received money or compensation for any of the claims involved in this case.
3. I will abide by, and be limited to, the formula for damages approved by the Court.
4. I will keep the Settlement Administrator informed of my whereabouts at all times.

I declare under penalty of perjury that the information given above is true and correct.

Date: 11-19-07    Signature: _____
      (mm/dd/yyyy)

If you are signing as a Parent or Guardian please print your first and last names on the lines below:

Print Parent/Guardian First Name: _____  Last Name: _____

mailed 11/20/07

Setu A Foumai
1631 Liholiho Street #203
Honolulu, HI 96822

RECEIVED
CLERK U.S. DISTRICT COURT
OCT -7 09
CENTRAL DISTRICT OF CA...

7007 3020 0002 6080 8979

CERTIFIED MAIL

SG

RETURN RECEIPT
REQUESTED

Office of the Court Clerk
c/o UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA
312 North Spring Street
Los Angeles, California 90012

9001254734 C042

U.S. POSTAGE
PAID
HONOLULU, HI
96822
OCT 03, 08
AMOUNT
$5.90
0006149604

## Judge Larson's E-Filing Memorandum Attachment

Counsel shall e-file all civil and criminal filings for Judge Larson pursuant to General Order 08-02, filed on March, 2008 (**superseding** General Order No. 07-08). Although the procedure is set forth in great detail in General Order 08-02, generally, the procedure consists of the following three steps:

Step 1: All *non-signature* items shall be e-filed in **.pdf format.**

Step 2: In addition to being e-filed, all proposed *signature* items shall be e-mailed to the chambers electronic mailbox in **Microsoft Word or WordPerfect format. WordPerfect format is preferred**. The chambers e-mail address is **sgl_chambers@cacd.uscourts.gov**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **no later than noon the day after e-filing.** All copies delivered to chambers shall have the Notice of E-filing attached thereto. For ease of use, declarations, notices, appendices, and similar documents that have multiple exhibits attached thereto shall separate the exhibits with numbered or lettered tabs.

### UNDER SEAL FILINGS

Documents to be filed under seal may not be e-filed and are subject to different procedures. To file documents under seal, the following steps must be taken:

Step 1: Manually file an ex parte application to file the documents under seal and concurrently lodge an original and one copy of the documents to be filed under seal.

Step 2: E-file a Notice of Manual Filing.

Step 3: E-mail a .pdf copy of that ex parte application to the chambers e-mail address together with a WordPerfect or Microsoft Word version of the proposed order for the Court's consideration. WordPerfect format is preferred.

**DO NOT OMIT ANY OF THE ABOVE STEPS.**

For any additional questions, please refer to the General Order or call the Helpline @ 213-894-0242.

(Revision date January 16, 2008)

# NOTICE PARTY SERVICE LIST

Case No. EDCV05-00359-SGL     Case Title  Karen Craft et al v. County of San Bernardino

Title of Document  Minute Order of October 10, 2008

| | |
|---|---|
| | ADR |
| | BAP (Bankruptcy Appellate Panel) |
| | BOP (Bureau of Prisons) |
| | CA St Pub Defender (Calif. State PD) |
| | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
| | Case Asgmt Admin (Case Assignment Administrator) |
| | Chief Deputy Admin |
| | Chief Deputy Ops |
| | Clerk of Court |
| | Death Penalty H/C (Law Clerks) |
| | Dep In Chg E Div |
| | Dep In Chg So Div |
| | Federal Public Defender |
| | Fiscal Section |
| | Intake Section, Criminal LA |
| | Intake Section, Criminal SA |
| | Intake Supervisor, Civil |
| | MDL Panel |
| | Ninth Circuit Court of Appeal |
| | PIA Clerk - Los Angeles (PIALA) |
| | PIA Clerk - Riverside (PIAED) |
| | PIA Clerk - Santa Ana (PIASA) |
| | PSA - Los Angeles (PSALA) |
| | PSA - Riverside (PSAED) |
| | PSA - Santa Ana (PSASA) |
| | Schnack, Randall (CJA Supervising Attorney) |
| | Statistics Clerk |

| | |
|---|---|
| | US Attorneys Office - Civil Division -L.A. |
| | US Attorneys Office - Civil Division - S.A. |
| | US Attorneys Office - Criminal Division -L.A. |
| | US Attorneys Office - Criminal Division -S.A. |
| | US Bankruptcy Court |
| | US Marshal Service - Los Angeles (USMLA) |
| | US Marshal Service - Riverside (USMED) |
| | US Marshal Service -Santa Ana (USMSA) |
| | US Probation Office (USPO) |
| | US Trustee's Office |
| | Warden, San Quentin State Prison, CA |

| | |
|---|---|
| ✓ | ***ADD NEW NOTICE PARTY*** (if sending by fax, mailing address must also be provided) |
| Name: | Setu A. Foumai |
| Firm: | |
| Address (*include suite or floor*): | 1631 Liholiho Street, #203, Honolulu, Hawaii 96822 |
| *E-mail: | |
| *Fax No.: | |

\* For CIVIL cases only

| ***JUDGE / MAGISTRATE JUDGE (list below):*** |
|---|
| |
| |
| |
| |

Initials of Deputy Clerk  jh