1  BARRETT S. LITT, SBN 45527
2  PAUL J. ESTUAR, SBN 167764
   E-Mail: pestuar@littlaw.com
3  LITT, ESTUAR, HARRISON &
   KITSON, LLP
4  1055 Wilshire Boulevard, Suite 1880
5  Los Angeles, California 90017
   Telephone: (213) 386-3114
6  Facsimile: (213) 380-4585
7
8  ROBERT MANN, SBN 48293
   DONALD W. COOK, SBN 116666
9  E-Mail: doncook@earthlink.net
   ATTORNEYS AT LAW
10 3435 Wilshire Boulevard, Suite 2900
11 Los Angeles, California 90010
   Telephone: (213) 252-9444
12 Facsimile: (213) 252-0091
13
14 Attorneys For Plaintiffs

O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KAREN CRAFT, et al., | Case No.: EDCV 05-00359 SGL |
| Plaintiffs, | **ORDER TO VACATE HEARING COMPELLING THE PAYMENT OF CLASS SETTLEMENT AWARDS, SET FOR OCTOBER 27, 2008** |
| vs. | |
| COUNTY OF SAN BERNARDINO, et al., | DATE: OCTOBER 27, 2008<br>TIME: 11:00 A.M.<br>CRTRM: ONE |
| Defendants. | |

1

Upon receipt by the Court of two requests for an Order compelling the payment of class settlement awards, a hearing on the issue was set for October 27, 2008 at 11:00 A.M. in courtroom one. Counsel were notified that, should this matter be resolved, the Court was to be so notified and a proposed order removing the hearing from the calendar submitted.

The Court has received evidence that both Ronnie O. Brown and Setu A. Foumai have been mailed letters and class member payment checks, and that the remaining first round of payments to a total of 19,547 class members is scheduled to occur by October 31, 2008.

After review of the documents submitted, it is the opinion of the Court that a good faith resolution of the issues giving rise to the hearing set for October 27th has been reached, and, accordingly,

IT IS HEREBY ORDERED that the hearing compelling the payment of class settlement awards, set for October 27, 2008 at 11:00 A.M., is VACATED and shall be removed from the Court's calendar.

Dated: October 23, 2008

*SGLarson*

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE